Eastern District of Kentucky
FILED
JUN 27 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                             INDICTMENT NO. 6:24-cr-043-CHB
                               8 U.S.C. § 1326(a) & (b)(2)

JULIAN HERNANDEZ DOMINGUEZ

\* \* \* \* \*

THE GRAND JURY CHARGES:

On or about May 27, 2024, in Pulaski County, in the Eastern District of Kentucky,

**JULIAN HERNANDEZ DOMINGUEZ,**

an alien, was found in the United States after having been removed therefrom on or about June 14, 2019, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States, all in violation of 8 U.S.C. § 1326(a) & (b)(2).

A TRUE BILL

███████████████

FOREPERSON

_/s/ John S. L___
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Imprisonment for not more than 2 years, a fine of not more than $250,000, and supervised release for not more than 1 year.

> **If previously removed after conviction for commission of a felony (other than an aggravated felony):** Imprisonment for not more than 10 years, not more than a $250,000 fine, supervised release for not more than 3 years.
>
> **If previously removed after conviction for commission of an aggravated felony:** Imprisonment for not more than 20 years, not more than a $250,000 fine, supervised release for not more than 3 years.

**PLUS:**   Mandatory special assessment of $100.

**PLUS:**   Restitution, if applicable.